**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br>**TRISH MANGUAL ROLDÁN**<br>XXX-XX-8683<br>Debtor(s) | Case No.: 15-02360 (BKT) |

**TRUSTEE'S POSITION REGARDING URGENT MOTION REQUESTING
AUTHORIZATION FOR LOAN**

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. On December 10, 2015, Debtor in this case filed Debtor's Motion Requesting Court Authorization to Incur in Credit Pursuant to FRBP Rule 4001 (Docket 35, the "Motion Requesting Court Authorization"), in which she requested authorization to renew her retirement loan with the Puerto Rico Retirement System in order to pay for vehicle repairs. Id.

2. Per information provided, Debtor will obtain a $5,000.00 loan, payable in monthly installments of $111.22, for a period of 60 months. Id.

3. The Trustee hereby objects Debtor's request.

4. The confirmed plan in this case (Docket 19) provides for 3 monthly payments of $200.00, 39 monthly payments of $220.00, and 18 monthly payments of $310.00, for a plan base of $14,760.00. The increase in plan payments, from $220.00 to

---

$310.00, is because Debtor's retirement loan – specifically the one that Debtor is requesting authorization to renew – is paid off.

5. Per certificate submitted by Debtor, the retirement loan that Debtor is attempting to renew is paid off on September 2018.

6. In light of the above, the Trustee objects the Motion Requesting Court Authorization inasmuch as, by renewing her retirement loan, Debtor is affecting the feasibility of the confirmed plan. If Debtor renews her retirement loan, she will not be able to increase plan payments on month 42 of the plan.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court note the abovementioned and deny the Urgent Motion.

RESPECTFULLY SUBMITTED

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail **on this same date to:** the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this 17th day of December, 2015.

**/s/ Jose R Carrión – Trustee**

**/S/ Alexandra Rodríguez Díaz– Staff Attorney**

Bar No. 224,311

**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902–3884
Tel. (787) 977–3535
Fax (787) 977–3550

15-02360-BKT                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | TRISH MANGUAL ROLDAN<br>PO BOX 947<br>GURABO, PR 00778 |
| ADVANCED COLLECTION SERVICES<br>PO BOX 364607<br>SAN JUAN, PR 00936-4607 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR T-MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>T-MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8872 | ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 |
| AT&T<br>IBM BUILDING<br>654 MUNOZ RIVERA AVE STE 2000<br>SAN JUAN, PR 00918 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| DEPT. DE SALUD<br>ATT DIV DE NOMINA<br>PO BOX 70184<br>SAN JUAN, PR 00936 | EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 |
| FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | FIRST BANK PUERTO RICO<br>C/O PATRICIA I VARELA HARRISON<br>MARTINEZ & TORRES LAW OFFICES PSC<br>PO BOX 192938 |
| FIRSTBANK PUERTO RICO<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | FIVE STAR CLUB CORP<br>ISLA VERDE MALL STE 218<br>CAROLINA, PR 00979-7082 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUS, MO 63195-3185 |
| MARTINEZ & TORRES LAW OFFICE<br>PO BOX 192938<br>SAN JUAN, PR 00919-2938 | MIDLAND FUNDING LLC<br>PO BOX 194499<br>SAN JUAN, PR 00919-4499 |

| | |
|---|---|
| MONEY EXPRESS<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146 | NATIONALWIDE RECOVERY SYSTEMS<br>PO BOX 702257<br>DALLAS, TX  75370-2257 |
| OFFICE MAX CONSUMER CREDIT<br>PO BOX 5174<br>SIOUX FALLS, SD  57117 | OPERATING PARTNERS CO INC<br>PO BOX 194499<br>SAN JUAN, PR  00919 |
| RELIABLE FINANCIAL SERVICES<br>C/O CARLOS E PEREZ PASTRANA<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR  00928 | RELIABLE FINANCIAL SERVICES, INC.<br>P.O. BOX 21382<br>SAN JUAN, PR  00928-1382 |
| RODRIGUEZ FERNANDEZ LAW OFFICES PSC<br>LCDO OSVALDO L RODRIGUEZ FERNANDEZ<br>PO BOX 71418<br>SAN JUAN, PR  00936-8518 | SALLIE MAE<br>PO BOX 6180<br>INDIANAPOLIS, IN  46206-6180 |
| SEARS<br>PO BOX 6189<br>SIOUX FALLS, SD  57117-6189 | SISTEMA DE RETIRO<br>PO BOX 42003<br>SAN JUAN, PR  00940-2203 |
| SOLMELIA<br>1214 AVE ASHFORD<br>SAN JUAN, PR  00907-1331 | SUN COM<br>PO BOX 64566<br>BALTIMORE, MD  21264-4566 |
| SYNCHRONY BANK<br>C/O OF RECOVERY MANAGEMENT SYSTEMS CORP<br>25 S.E. 2ND AVENUE, SUITE 1120<br>MIAMI, FL  33131-1605 | T-MOBILE<br>12920 SE 38TH STREET<br>BELLEVUE, WA  98006 |

DATED:  December 17, 2015

Nilda Muniz
OFFICE OF THE CHAPTER 13 TRUSTEE