IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

TRISH MANGUAL ROLDAN

DEBTOR

CASE NO. 15-02360-BKT

CHAPTER 13

## DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329

TO THE HONORABLE COURT:

**NOW COMES, TRISH MANGUAL ROLDAN**, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated December 18, 2015, herewith and attached to this motion.

2. This Plan modification is filed to amend the Payment Plan Schedule in order to comply with the distribution of the confirmed Plan (docket #19) and cure the feasibility issue raised by the Trustee in his *Trustee's Position Regarding Urgent Motion Requesting Authorization for Loan (docket #38)*.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)

**Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

Page 2
Case no. 15-02360-BKT13
Post confirmation modification of chapter 13 Plan

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 18th day of December, 2015.

*/s/Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                       Case No. **3:15-bk-2360**

**MANGUAL ROLDAN, TRISH**                                Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **12/18/2015**
☐ PRE ☑ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 200.00 | x | 3 | = $ | 600.00 |
| $ | 220.00 | x | 9 | = $ | 1,980.00 |
| $ | 254.00 | x | 48 | = $ | 12,192.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ **14,772.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **14,772.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **2,868.00**

Signed: **/s/ TRISH MANGUAL ROLDAN**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **First Bank De Puerto**    Cr. _____    Cr. _____
 # **Claim 5-1**         # _____         # _____
 $ **10,213.97**        $ _____        $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
 # _____   # _____   # _____
 $ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
 # _____   # _____   # _____
 $ _____   $ _____   $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**Sistema De Retiro     First Bank De Puerto**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
         ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
 # _____   # _____   # _____
 $ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
"Surrenders collateral" : Shares/savings in any Cooperativa/Association/Bank

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**      Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 15-02360-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Fri Dec 18 15:24:02 AST 2015 | FIRST BANK DE PUERTO RICO VTQ<br>MARTINEZ TORRES LAW OFFICES PSC<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEELA<br>PO Box 364508<br>San Juan, PR 00936-4508 | AT&T Services, Inc<br>IBM Bldg Suite 2000 654 M Rivera Ave<br>San Juan, PR 00918 |
| Advanced Collection Services, Inc<br>PO Box 364607<br>San Juan, PR 00936-4607 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 |
| Banco Popular De PR<br>PO Box 364445<br>San Juan, PR 00936-4445 | Banco Popular De PR -Mcard<br>PO Box 3228<br>San Juan, PR 00936 | Banco Popular De PR -Visa<br>PO Box 362708<br>San Juan, PR 00936-2708 |
| First Bank De Puerto Rico<br>PO Box 9146<br>San Juan, PR 00908-0146 | Five Star Club Corp<br>Isla Verde Mall Ste 218<br>Carolina, PR 00979-7082 | Martinez & Torres Law Offices<br>Civil Num: ECD2014-0554<br>PO Box 192938<br>San Juan, PR 00919-3409 |
| Midland Funding LLC<br>PO Box 194499<br>San Juan, PR 00919-4499 | Money Express<br>PO Box 11890<br>San Juan, PR 00922-1890 | Nationalwide Recovery Systems<br>PO Box 702257<br>Dallas, TX 75370-2257 |
| Office Max Consumer Credit<br>PO Box 5174<br>Sioux Falls, SD 57117 | Operating Partners<br>Civil Num: EDCI2015-15<br>PO Box 194499<br>San Juan, PR 00919-4499 | Operating Partners<br>Civil Num: EDCI2015-7<br>PO Box 194499<br>San Juan, PR 00919-4499 |
| Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Rodriguez Fernandez Law Offices PSC<br>Lcdo Osvaldo L Rodriguez Fernandez<br>PO Box 71418<br>San Juan, PR 00936-8518 | Sallie Mae<br>PO Box 6180<br>Indianapolis, IN 46206-6180 |
| Sears<br>PO Box 6189<br>Sioux Falls, SD 57117-6189 | Sistema De Retiro<br>PO Box 42003<br>San Juan, PR 00940-2203 | Solmelia<br>1214 Ave Ashford<br>San Juan, PR 00907-1331 |
| Sun Com<br>PO Box 64566<br>Baltimore, MD 21264-4566 | Synchrony Bank<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | T-mobile<br>12920 Se 38th Stre<br>Bellevue, WA 98006-7305 |

T-mobile
12920 Se 38th Street
Bellevue, WA 98006-7305

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

TRISH MANGUAL ROLDAN
PO BOX 947
GURABO, PR 00778-0947

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


(d)RELIABLE FINANCIAL SERVICES, INC.
P.O. BOX 21382
SAN JUAN, PR 00928-1382

End of Label Matrix
Mailable recipients   34
Bypassed recipients    0
Total                 34